BEFORE THE FIRST DIVISION, JUNE 1, 1939

No. 41478.—Protests 882397-G, etc., of Wm. Shaland et al. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) cigarette whistles or noisemakers or novelties in part of bamboo similar to those the subject of Abstract 39509 at 45 percent under paragraph 409; (2) trumpets and tube horns in chief value of metal at 45 percent under paragraph 397, Abstract 40185 followed; (3) squawker balloons similar to those the subject of Abstract 40493 at 45 percent under paragraph 409; and (4) harmonicas at 40 percent under paragraph 1541, Abstract 40586 followed.

BEFORE THE SECOND DIVISION, JUNE 1, 1939

No. 41479.—Protests 818537-G, etc., of Wilbur-Ellis Co. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bale ties the same as those the subject of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47). The claim for free entry under paragraph 1604 was therefore sustained.

No. 41480.—Protests 470139-G, etc., of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel boxes, atomizers, bookends, incense burners, and droppers, and hollow bottles and boxes in chief value of metal were held dutiable at 40 percent under paragraph 339.

BEFORE THE THIRD DIVISION, JUNE 1, 1939

No. 41481.—Protests 958196-G, etc., of Guy B. Barham Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.